

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2024

No. 04-23-01095-CV

Daniel **BULLARD**,
Appellant

v.

Shannon **HUDSON**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023CV06019
Honorable David J. Rodriguez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. We order that no costs be assessed against appellant because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

It is so **ORDERED** on March 13, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2024.

_____
Tommy Stolhandske, Clerk of Court